JACKSON LEWIS LLP
CARY G. PALMER, Cal. Bar No. 186601
palmerc@jacksonlewis.com
HEATH A. HAVEY, Cal Bar No. 244087
haveyh@jacksonlewis.com
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141

Attorneys for Defendant
PrO Unlimited, Inc.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LAZARIN, STEPHEN KOHLER, and PAUL CAPANO, individually and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA")<br><br>Plaintiffs,<br><br>v.<br><br>PRO UNLIMITED, INC., JUNIPER NETWORKS, INC., JUNIPER NETWORKS HOLDINGS INTERNATIONALO, INC., and JUNIPER NETWORKS (US), INC.<br><br>Defendants. | Case No. 5:11-CV-03609-HRL<br><br>**JOINT STIPULATION TO EXTEND TIME FOR FILING RULE 26(f) REPORT, INITIAL DISCLOSURES, AND CMC CONFERENCE; AND [PROPOSED] ORDER**<br><br>(AS MODIFIED BY THE COURT) |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

WHEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause, plaintiffs Michael Lazarin, Stephen Kohler, and Paul Capano ("Plaintiffs"), and defendant PrO Unlimited, Inc. ("Defendant"), by and through their respective attorneys of record, hereby jointly stipulate and request that the Court vacate the dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines filed on July 22, 2011, and that the Court continue such dates as set forth in the stipulation below. The reason for this request and stipulation is that Defendant recently retained new counsel and filed a Notice of Withdrawal and Substitution of

1

Joint Stipulation to Extend Time For Rule 26(f) Report, Initial
Disclosures, and CMC Conference; and [Proposed] Order

Lazarin, et al. v. PrO Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL

1  Counsel for Defendant on September 27, 2011.  As a result, Defendant's new counsel requires 30

2  days to review the facts and allegations in the case to meaningfully participate.  As a courtesy,

3  Plaintiffs do not oppose and have agreed to stipulate to the request for extension.

4      WHEREFORE, the Parties hereby stipulate and request as follows:

5      1.    The current deadline of September 27, 2011, to file the Rule 26(f) Report, to

6      complete initial disclosures, to state objections in the Rule 26(f) Report, and to file

7      a Case Management Statement per the Court's Standing Order re Contents of Joint

8      Case Management Statement, be continued ~~for 30 calendar days~~ to ~~October 27,~~ **November 15, 2011**

9      ~~2011~~;

10      2.    The current deadline of September 27, 2011, to file a joint case management

11      statement, be continued ~~for 30 calendar days~~ to ~~October 27, 2011~~ **November 15, 2011**; and

12      3.    The Initial Case Management Conference presently set for October 4, 2011, be

13      continued to ~~November 3, 2011~~ **November 22, 2011**.

14      IT IS SO STIPULATED.

15

16  Date: September 27, 2011    JACKSON LEWIS LLP

17

18      By: ____/s/_____
        Cary G. Palmer

19      Attorneys for Defendant
20      PrO Unlimited, Inc.

21  Date: September 27, 2011    RUKIN HYLAND DORIA & TINDALL LLP

22

23      By: ____/s/_____
        Peter Rukin

24      Attorneys for Plaintiffs

25

26

27

28

2

Joint Stipulation to Extend Time For Rule 26(f) Report, Initial    Lazarin, et al. v. Pro Unlimited, Inc., et al.
Disclosures, and CMC Conference; and [Proposed] Order    USDC ND Case No. 5:11-cv-03609-HRL

1  FOR GOOD CAUSE, IT IS HEREBY ORDERED AS FOLLOWS:

2  1. The current deadline of September 27, 2011, to file the Rule 26(f) Report, to complete initial disclosures, to state objections in the Rule 26(f) Report, and to file a Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement, is hereby continued ~~for 30 calendar days~~ to ~~October 27, 2011~~ **November 15, 2011**;

3  2. The current deadline of September 27, 2011, to file a joint case management statement, is hereby continued ~~for 30 calendar days~~ to ~~October 27, 2011~~ **November 15, 2011**; and

4  3. The Initial Case Management Conference presently set for October 4, 2011, is hereby continued to ~~November 3, 2011~~ **November 22, 2011**, at 1:30 pm.

Dated: **September 28, 2011**

_____
HONORABLE HOWARD R. LLOYD
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

4812-1623-7067, v. 1

3

Joint Stipulation to Extend Time For Rule 26(f) Report, Initial Disclosures, and CMC Conference; and [Proposed] Order

Lazarin, et al. v. Pro Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL

**C 11-03609 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Carol Josephine Morganstern | carolmorganstern@rhdtlaw.com |
| Peter Scott Rukin | peterrukin@rhdtlaw.com |
| Cary G. Palmer | palmerc@jacksonlewis.com |
| Madonna Ann Herman | mah@mmker.com |
| Alfred Michael DeLaCruz | amd@mmker.com |
| Dennis Bruce Kass | dbk@mmker.com |
| Heath Aaron Havey | haveyh@jacksonlewis.com |
| Richard Gustavo Garcia | rgg@mmker.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**