\*\* E-filed November 18, 2011 \*\*

JACKSON LEWIS LLP
CARY G. PALMER, Cal. Bar No. 186601
palmerc@jacksonlewis.com
HEATH A. HAVEY, Cal Bar No. 244087
haveyh@jacksonlewis.com
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendant
PrO Unlimited, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LAZARIN, STEPHEN KOHLER, and PAUL CAPANO, individually and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA")<br><br>Plaintiffs,<br><br>v.<br><br>PRO UNLIMITED, INC., JUNIPER NETWORKS, INC., JUNIPER NETWORKS HOLDINGS INTERNATIONALO, INC., and JUNIPER NETWORKS (US), INC.<br><br>Defendants. | Case No. 5:11-CV-03609-HRL<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT PRO UNLIMITED, INC.; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Defendant PrO Unlimited, Inc. has retained Jackson Lewis LLP to substitute as counsel in place of Manning & Kass, Ellrod, Ramirez, Trester LLP.

Withdrawing counsel for Defendant PrO Unlimited, Inc. are:

Dennis B. Kass
Al De La Cruz
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa Street, 15th Floor at 801 Tower
Los Angeles, CA 90017
Telephone (231) 624-6900
Facsimile (213) 624-6999
Email: dbk@manningllp.com
Email: amd@manningllp.com

1

Notice of Withdrawal and Substitution of Counsel for
Defendant PrO Unlimited, Inc.; [Proposed] Order

Lazarin, et al. v. Pro Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL

Richard G. Garcia
Madonna A. Herman
Manning & Kass, Ellrod, Ramirez, Trester LLP
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
Facsimile (415) 217-6999
Email: rgg@manningllp.com
Email: mah@manningllp.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant PrO Unlimited, Inc.:

CARY G. PALMER
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
Email: palmerc@jacksonlewis.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Date: September 27, 2011          PRO UNLIMITED, INC.


                                  By: __/s/_____
                                      Arthur Feltman

Date: September 27, 2011          MANNING & KASS, ELLROD, RAMIREZ,
                                  TRESTER LLP


                                  By: __/s/_____
                                      Richard R. Garcia


Date: September 27, 2011          JACKSON LEWIS LLP


                                  By: __/s/_____
                                      Cary G. Palmer

                                  Attorney for Defendant
                                  PrO Unlimited, Inc.

///

///

///

2

Notice of Withdrawal and Substitution of Counsel for         Lazarin, et al. v. Pro Unlimited, Inc., et al.
Defendant PrO Unlimited, Inc.; [Proposed] Order              USDC ND Case No. 5:11-cv-03609-HRL

1   I hereby attest that I obtained concurrence in the filing of this document from each of the
2   other signatories on this e-filed document.

4   Date: September 27, 2011         JACKSON LEWIS LLP

6                                    By:   /s/
                                     Cary G. Palmer

7                                    Attorney for Defendant
                                     PrO Unlimited, Inc.

9   The above withdrawal and substitution of counsel is approved and so ORDERED.

11  Dated: November 18, 2011

12                                   HONORABLE HOWARD R. LLOYD
                                     MAGISTRATE JUDGE OF THE
                                     UNITED STATES DISTRICT COURT

15  4811-1478-7083, v. 1

Notice of Withdrawal and Substitution of Counsel for            Lazarin, et al. v. Pro Unlimited, Inc., et al.
Defendant PrO Unlimited, Inc.; [Proposed] Order                 USDC ND Case No. 5:11-cv-03609-HRL