
1  JACKSON LEWIS LLP
   CARY G. PALMER, Cal. Bar No. 186601
2  palmerc@jacksonlewis.com
   HEATH A. HAVEY, Cal Bar No. 244087
3  haveyh@jacksonlewis.com
   801 K Street, Suite 2300
4  Sacramento, California 95814
   Telephone:   (916) 341-0404
5  Facsimile:   (916) 341-0141

6  Attorneys for Defendant
   PrO Unlimited, Inc.
7

** E-filed November 23, 2011 **

8              IN THE UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 MICHAEL LAZARIN, STEPHEN KOHLER, | Case No. 5:11-CV-03609-HRL
   and PAUL CAPANO, individually and on
12 behalf of other members of the general public | **JOINT STIPULATION TO EXTEND TIME**
   similarly situated, and as aggrieved employees | **FOR RULE 26(f) REPORT, INITIAL**
13 pursuant to the Private Attorneys General Act | **DISCLOSURES AND CMC CONFERENCE**
   ("PAGA") | **AND [PROPOSED] ORDER**

14              Plaintiffs,

15         v.

16 PRO UNLIMITED, INC., JUNIPER
   NETWORKS, INC., JUNIPER
17 NETWORKS HOLDINGS
   INTERNATIONAL, INC., and JUNIPER
18 NETWORKS (US), INC.

19              Defendants.

20

21         TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

22         WHEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause,

23 plaintiffs Michael Lazarin, Stephen Kohler and Paul Capano ("Plaintiffs"), and defendants PrO

24 Unlimited, Inc. ("PrO"), Juniper Networks, Inc., Juniper Network Holdings International, Inc.,

25 and Juniper Networks (US), Inc., by and through their respective attorneys of record, hereby

26 jointly stipulate and request the Court to vacate the dates set forth in the Order granting the Joint

27 Stipulation to Extend Time for Filing Rule 26(f) Report, Initial Disclosures, and CMC

28 Conference, filed on September 28, 2011, and in the Clerk's Notice of Continuing Case

1

1 Management Conference filed on November 14, 2011, and to continue such dates as set forth in
2 the stipulation below. Plaintiffs and Defendants currently are exploring the prospects for possible
3 early settlement and/or mediation. Last week Defendant PrO voluntarily produced data and
4 documents to facilitate potential settlement and/or mediation. Defendant Juniper Network, Inc.
5 ("Juniper") made its first appearance on November 7, 2011; on November 22, 2011, the parties
6 filed a stipulation and order to dismiss the named Defendants Juniper Networks Holdings
7 International, Inc. and Juniper Networks (US). The parties respectfully request additional time to
8 focus on streamlining the litigation.

9     WHEREFORE, the parties hereby jointly stipulate and request as follows:

10   1. The current deadline of November 22, 2011, to file the Rule 26(f) Report, to
11 complete initial disclosures, to state objections in the Rule 26(f) Report, and to file
12 a Case Management Statement per the Court's Notice Continuing Case
13 Management Conference filed on November 14, 2011, be continued to January 17,
14 2012;

15   2. The current deadline of November 22, 2011, to file a joint case management
16 statement, be continued to January 17, 2012; and

17   3. The Initial Case Management Conference presently set for November 29, 2011, be
18 continued to January 24, 2012.

19 IT IS SO STIPULATED.

20 Date: November 22, 2011    RUKIN HYLAND DORIA & TINDALL LLP

21     By: ___/s/___
22     Peter Rukin
    Attorneys for Plaintiffs

23 Date: November 22, 2011    JACKSON LEWIS LLP

24     By: ___/s/___
25     Cary G. Palmer
    Attorneys for Defendant
    PrO Unlimited, Inc.

2

Joint Stipulation to Extend Time For Rule 26(f) Report, Initial    Lazarin, et al. v. Pro Unlimited, Inc., et al.
Disclosures, and CMC Conference; and [Proposed] Order    USDC ND Case No. 5:11-cv-03609-HRL

| | |
|---|---|
| Date: November 22, 2011 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| | By: ___/s/_____<br>Baldwin J. Lee<br>Attorneys for Defendant<br>Juniper Networks, Inc., Juniper Network Holdings, International, Inc. and Juniper Networks (US), Inc. |

FOR GOOD CAUSE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The current deadline of November 22, 2011, to file the Rule 26(f) Report, to complete initial disclosures, to state objections in the Rule 26(f) Report, and to file a Case Management Statement be continued to January 17, 2012;

2. The current deadline of November 22, 2011, to file a joint case management statement, be continued to January 17, 2012; and

3. The Initial Case Management Conference presently set for November 29, 2011, be continued to January 24, 2012.

Dated: November 23, 2011          _____
                                  HONORABLE HOWARD R. LLOYD
                                  MAGISTRATE JUDGE OF THE
                                  UNITED STATES DISTRICT COURT

4822-2385-5886, v. 1

Joint Stipulation to Extend Time For Rule 26(f) Report, Initial Disclosures, and CMC Conference; and [Proposed] Order

Lazarin, et al. v. Pro Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL