** E-filed January 19, 2012 **

JACKSON LEWIS LLP
CARY G. PALMER, Cal. Bar No. 186601
palmerc@jacksonlewis.com
HEATH A. HAVEY, Cal Bar No. 244087
haveyh@jacksonlewis.com
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
PrO Unlimited, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LAZARIN, STEPHEN KOHLER, and PAUL CAPANO, individually and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA")<br><br>Plaintiffs,<br><br>v.<br><br>PRO UNLIMITED, INC., JUNIPER NETWORKS, INC., JUNIPER NETWORKS HOLDINGS INTERNATIONAL, INC., and JUNIPER NETWORKS (US), INC.<br><br>Defendants. | Case No. 5:11-CV-03609-HRL<br><br>**JOINT STIPULATION TO EXTEND TIME FOR RULE 26(f) REPORT, INITIAL DISCLOSURES AND CMC CONFERENCE AND [PROPOSED] ORDER** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

WHEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause, plaintiffs Michael Lazarin, Stephen Kohler and Paul Capano ("Plaintiffs"), and defendants PrO Unlimited, Inc. ("PrO"), Juniper Networks, Inc., Juniper Network Holdings International, Inc., and Juniper Networks (US), Inc., by and through their respective attorneys of record, hereby jointly stipulate and request the Court to vacate the dates set forth in the Order granting the Joint Stipulation to Extend Time for Filing Rule 26(f) Report, Initial Disclosures, and CMC

1

Joint Stipulation to Extend Time For Rule 26(f) Report, Initial Disclosures, and CMC Conference and [Proposed] Order

Lazarin, et al. v. PrO Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL

Conference, filed on November 23, 2011, and to continue such dates as set forth in the stipulation below.

The parties are continuing to explore early class-wide resolution and have reached a tentative understanding. As a result, the parties respectfully request additional time to focus on final resolution of this case.

WHEREFORE, the parties hereby jointly stipulate and request as follows:

1. The current deadline of January 17, 2012, to file the Rule 26(f) Report, to complete initial disclosures, to state objections in the Rule 26(f) Report, and to file a Case Management Statement, be continued to March 20, 2012;

2. The current deadline of January 17, 2012, to file a joint case management statement, be continued to March 20, 2012; and

3. The Initial Case Management Conference presently set for January 24, 2012, be continued to March 27, 2012.

IT IS SO STIPULATED.

Date: January 18, 2012    RUKIN HYLAND DORIA & TINDALL LLP

By: /s/ [*Peter Rukin*] as approved on 1/18/12
    Peter Rukin
    Attorneys for Plaintiffs

Date: January 18, 2012    JACKSON LEWIS LLP

By: /s/ [*Cary G. Palmer*]
    Cary G. Palmer
    Attorneys for Defendant
    PrO Unlimited, Inc.

Date: January 18, 2012    ALLEN MATKINS LECK GAMBLE
                          MALLORY & NATSIS LLP

By: /s/ [*Baldwin J. Lee*] as approved on 1/18/12
    Baldwin J. Lee
    Attorneys for Defendant
    Juniper Networks, Inc., Juniper Network
    Holdings, International, Inc. and Juniper
    Networks (US), Inc.

/ / /

/ / /

2

Joint Stipulation to Extend Time For Rule 26(f) Report, Initial
Disclosures, and CMC Conference; and [Proposed] Order

Lazarin, et al. v. Pro Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL

FOR GOOD CAUSE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The current deadline of January 17, 2012, to file the Rule 26(f) Report, to complete initial disclosures, to state objections in the Rule 26(f) Report, and to file a Case Management Statement be continued to March 20, 2012;

2. The current deadline of January 20, 2012, to file a joint case management statement, be continued to March 20, 2012; and

3. The Initial Case Management Conference presently set for January 24, 2012, be continued to March 27, 2012.

Dated: January 19, 2012

_____
HONORABLE HOWARD R. LLOYD
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

3

Joint Stipulation to Extend Time For Rule 26(f) Report, Initial Disclosures, and CMC Conference; and [Proposed] Order

Lazarin, et al. v. Pro Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL