**\*\* E-filed March 21, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MCHAEL LAZARIN; ET AL., | No. C11-03609 HRL |
| Plaintiffs, | **ORDER VACATING PENDING CASE MANAGEMENT DEADLINES** |
| v. | |
| PRO UNLIMITED, INC.; ET AL., | |
| Defendants. | |

The court is informed that the parties in this putative class action have reached a settlement. Accordingly, all pending case management deadlines have been vacated. The parties may file a joint motion for preliminary approval of the class settlement by April 20, 2012.

**IT IS SO ORDERED.**

Dated: March 21, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-03609 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Carol Morganstern | carolmorganstern@rhdtlaw.com |
| Peter Rukin | peterrukin@rhdtlaw.com |
| Whitney Stark | whitneystark@rhdtlaw.com |
| Cary Palmer | palmerc@jacksonlewis.com |
| Heath Havey | haveyh@jacksonlewis.com |
| Joe Kelly | Kellyj@jacksonlewis.com |
| Baldwin Lee | blee@allenmatkins.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2