\*\* E-filed June 6, 2012 \*\*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LAZARIN, STEPHEN KOHLER, and PAUL CAPANO, individually and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA")<br><br>Plaintiffs,<br><br>v.<br><br>PRO UNLIMITED, INC., JUNIPER NETWORKS, INC., JUNIPER NETWORKS HOLDINGS INTERNATIONALO, INC., and JUNIPER NETWORKS (US), INC.<br><br>Defendants. | Case No. 5:11-CV-03609-HRL<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT<br>(MODIFIED BY THE COURT)<br>Date: June 5, 2012<br>Time: 10:00 a.m.<br>Judge: Honorable Howard Lloyd<br>Courtroom: 2 – 5th Floor |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiffs' Motion for Preliminary Approval of a Class and Collective Action Settlement came before this Court, the Honorable Howard R. Lloyd presiding, on ___June 5, 2012___. The Court having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. The Court grants preliminary approval of the Joint Stipulation of Settlement and

1

[Proposed] Order Granting Preliminary Approval of Class and Collective Action Settlement

Lazarin, et al. v. Pro Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL

1  Release Between Plaintiffs and Defendant ("Settlement" or "Joint Stipulation"), and preliminary approval of the Settlement Classes set forth in the Joint Stipulation under FRCP 23(b)(3), and provisional certification of the collective action under Section 16(b) of the FLSA, based upon the terms set forth in the Joint Stipulation filed herewith, and issues this "Preliminary Approval Order." The Settlement appears to be fair, adequate and reasonable to the Settlement Classes.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees and costs to Class Counsel, and the Class Representatives' Enhancement Awards should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in Courtroom 2 on the date and time set forth in the implementation schedule in Paragraph 10 below.

4. The Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Settlement and Hearing Date for Court Approval ("Notice"), ~~in substantially the form attached to the Joint Stipulation of Settlement and Release Between Plaintiffs and Defendants as Exhibit A~~ with those changes, made by the court, that appear in the version attached to this Order. The Court approves the procedure for Class Members to participate in, to opt out of, and to object to, the Settlement as set forth in the Notice. Any discrepancy between the Notice submitted by plaintiffs and the Notice attached to this Order should be resolved in favor of the latter.

5. The Court directs the mailing of the Notice by first class mail to the Class Members in accordance with the Implementation Schedule set forth below. The Court finds the dates selected for the mailing and distribution of the Notice, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class is preliminarily certified under Rule 23(b)(3) of the FRCP and as a collective action under 29 U.S.C. 216(b) of the Fair Labor Standard Act for settlement purposes only.

7. The Court confirms Plaintiffs as Class Representatives, and Rukin Hyland Doria & Tindall LLP as Class Counsel.

2

[~~Proposed~~] Order Granting Preliminary Approval of Class and Collective Action Settlement

Lazarin, et al. v. Pro Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL

8. The Court confirms Simpurlis, Inc. as the Claims Administrator.

9. To facilitate administration of the Settlement pending final approval, the Court hereby enjoins Plaintiffs and all Class Members from filing or prosecuting any claims, suits or administrative proceedings regarding the Released Claims as defined in the Settlement pending final approval of the Settlement.

10. The Court orders the following **Implementation Schedule** for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendant to submit Class Member information to Settlement Administrator | June 20, 2012 [15 calendar days after Order Granting Preliminary Approval |
| b. | Deadline for Settlement Administrator to mail the Notice to Class Members | July 5, 2012 [30 calendar days after Order Granting Preliminary Approval] |
| c. | Deadline for Class Members to postmark any Requests for Exclusions from the California Class | August 20, 2012 [45 calendar days after mailing of the Notice to Class Members] |
| d. | Deadline for Class Members to postmark any objections to the Settlement | August 20, 2012 [45 calendar days after mailing of the Notice to Class Members] |
| e. | Deadline for Class Members to postmark any workweek disputes | August 20, 2012 [45 calendar days after mailing of the Notice to Class Members] |
| f. | Deadline for Class Counsel to file Motion for Final Approval of Settlement | September ~~14~~ 9, 2012 [~~30~~ 35 calendar days before Final Approval Hearing[ |
| g. | Deadline for Class Counsel to file Motion for Attorneys' Fees, Costs and | September ~~14~~ 9, 2012 [~~30~~ 35 calendar days before Final |

3

[~~Proposed~~] Order Granting Preliminary Approval of Class and   Lazarin, et al. v. Pro Unlimited, Inc., et al.
Collective Action Settlement                                      USDC ND Case No. 5:11-cv-03609-HRL

| | | |
|---|---|---|
| | Enhancement Awards | Approval Hearing] |
| h. | Deadline for Class Counsel to file Settlement Administrator's Declaration of Due Diligence, Proof of Mailing of Notice, and Receipt of Objections to Settlement or Requests for Exclusion from California Class | September ~~14~~ 9, 2012 [~~30~~ 35 calendar days before Final Approval Hearing] |
| i. | Deadline for Class Members to postmark any objections to Request for Attorneys' fees and costs | September 24, 2012 [~~10~~ 15 calendar days after filing of Motion for Attorneys' Fees, Costs] |
| j. | Deadline for Defendant to provide written notice of rescission of Settlement to Class Counsel (if applicable) | October 2, 2012 [10 court days before Final Approval Hearing] |
| k. | Final Approval Hearing | October 16, 2012 |
| l. | Deadline for Defendant to pay, and the Settlement Administrator to distribute, the Settlement Awards, and the Court-approved attorneys' fees, costs, Enhancement Awards and settlement administration expenses (if Settlement is Effective) | November 6, 2012 [21 calendar days after Settlement is Final and Effective under Paragraph 14(b)] |
| m. | Deadline for Class Counsel to file joint request to obtain Court order to identify FLSA Plaintiffs covered by and bound to the Settlement (if Settlement is Effective) | February 13, ~~2012~~ 2013 [120 calendar days after issuance of the Settlement Awards] |

4

[~~Proposed~~] Order Granting Preliminary Approval of Class and Collective Action Settlement

Lazarin, et al. v. Pro Unlimited, Inc., et al.
USDC ND Case No. 5:11-cv-03609-HRL

1
2 **IT IS SO ORDERED.**
3
4
   Dated:   June 6, 2012
5                                       Honorable Howard R. Lloyd
6                                       Magistrate Judge of the United States District Court

5

[Proposed] Order Granting Preliminary Approval of Class and Collective Action Settlement     Lazarin, et al. v. Pro Unlimited, Inc., et al. USDC ND Case No. 5:11-cv-03609-HRL